UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT J. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No.: 1:25-cv-00873-SKO<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff Delbert J. Smith is appearing pro se in this civil rights action.

    On November 4, 2025, Plaintiff filed "Plaintiff's Notice of How to Proceed." (Doc. 12.) Plaintiff checked the box indicating he "would like to VOLUNTARILY DISMISS this case in its entirety, without prejudice …." (*Id.*)

    Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **November 5, 2025**          /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE